893 F.2d 1330
 Melikian (Menatsagan), Aftassi (Kambiz)
v.
Corradetti (Anthony), Coppersmith (Morris), Bernstein
(Rubin), Weinstein (Bernard), Corradetti Enterprises, Inc.,
t/a Anthony Sales, Anthony Associates, Inc., R.A.M.
Packaging, Memco Trading Co., Inc., Philber Sales Corp., t/a
Weinstein (Bernie), Anthony Exporting Co., Inc.
 NO. 89-5588
 United States Court of Appeals,
Third Circuit.
 DEC 21, 1989
 
 Appeal From: D.N.J.,
 Brotman, J.
 
 
 1
 AFFIRMED.